UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT R. SHIPLEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANISE ADAMS, et al.,<br><br>　　　　Defendants. | No. 2:24-cv-00032-TLN-EFB (PC)<br><br>ORDER |

Plaintiff filed a motion for extension of time to file an amended complaint.  IT IS HEREBY ORDERED that:

　　1.  Plaintiff's motion for an extension of time (ECF No. 16) is granted; and

　　2.  Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

Dated: August 15, 2024

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1